## 👆 ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :        NOTICE OF INTENT
                                           TO FILE AN INFORMATION
        v.                        :

MARC RODRIGUEZ,                   :

        Defendant.  07 CRIM. 805

------------------------------------x

       Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.


Dated:    New York, New York
          August 14, 2007


                              MICHAEL J. GARCIA
                              United States Attorney


                    By:    _____
                              Jenna M. Dabbs
                              Assistant United States Attorney


                    AGREED AND CONSENTED TO:

                    By:    _____
                              Deirdre Von Dornum, Esq.
                              Attorney for Marc Rodriguez

8/20/07 WHEEL A