UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

     v.                                   :

MARC RODRIGUEZ,                     :

            Defendant.            :

INFORMATION

07 Cr.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**07 CRIM 805**

<u>COUNT ONE</u>

The United States Attorney charges:

On or about July 4, 2007, in the Southern District of New York, MARC RODRIGUEZ, the defendant, unlawfully, willfully, and knowingly, did escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court and judge, which custody and confinement was by virtue of a conviction of an offense, to wit, RODRIGUEZ, while in the custody of the Bronx Residential Reentry Center following a conviction in the United States District Court for the District of Vermont for possession with intent to distribute cocaine and heroin, and following a sentence imposed for violation of the terms of supervised release imposed in connection with that conviction, did escape from such custody and confinement.

(Title 18, United States Code, Sections 751 and 4082(a).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney