AO 245D (Rev. 12 07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Southern District of New York

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **Marc Rodriguez** | Case No. 07-CR-00805 (GBD) |
| | USM No. |
| | Deirdre von Dornum |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   Two, Four, and Five   of the term of supervision.

☐   was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | Illegal Drug Use (Cocaine) | Feb. 14, 2008 |
| Four | Illegal Drug Use (Marijuana) | Mar. 3, 2008 |
| Five | Failure to Report and Abide by Court Ordered Treatment | Feb. 12, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The defendant has not violated condition(s)   One and Three   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8043

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:
Bronx, NY

6/4/08
Date of Imposition of Judgment

_George B. Daniels_
Signature of Judge

Hon. George B. Daniels, United States District Judge
Name and Title of Judge

6/4/08
Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 9 2008

DEFENDANT:
CASE NUMBER:

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

    11 months

X    The court makes the following recommendations to the Bureau of Prisons:

The defendant should receive drug treatment while incarcerated. He should be designated to whichever facility can best provide him drug treatment.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

 

                                                 UNITED STATES MARSHAL

                             By _____
                                                DEPUTY UNITED STATES MARSHAL